UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ACUPUNCTURE AND WELLNESS CENTER, )
                   Plaintiff, )
     v. )
BRAD WHISNANT, *et al.*, )
                   Defendants. )
_____)

Case No. C17-269RSL

ORDER TO SHOW CAUSE

On June 26, 2017, the Court issued an order requiring the parties to file a Joint Status Report by July 24, 2017. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, September 15, 2017, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of June 26, 2017. The Clerk is directed to place this Order to Show Cause on the Court's calendar for September 15, 2017.

DATED this 31st day of August, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE