UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ACUPUNCTURE AND WELLNESS CENTER, P.S., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRAD WHISNANT, an individual, and PINPOINT ACUPUNCTURE CLINIC, P.S. an Oregon corporation,<br><br>Defendants. | Civil Action No. 2:17-CV-00269-RSL<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL |

The court having reviewed the parties Stipulated Motion for Withdrawal and Substitution of Counsel, it is now hereby ordered:

That attorney John C. Peick has withdrawn as counsel for Plaintiff and that E. Russell Tarleton and Thomas A. Shewmake, Seed IP Law Group, LLP, are substituted as attorneys of record for Plaintiff.

Dated this 1st day of December, 2017.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK