Honorable ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ACUPUNCTURE AND WELLNESS CENTER, P.S., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRAD WHISNANT, an individual, and PINPOINT ACUPUNCTURE CLINIC, P.S. an Oregon corporation,<br><br>Defendants. | Civil Action No. 2:17-CV-00269-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF DISCOVERY CUTOFF AND RELATED DATES |

Before this Court is the parties' Agreed Motion to Extend the Discovery Cutoff and Related Dates by 60 days.

The court hereby grants the motion as follows:

| Action Item | New Date |
|---|---|
| Discovery Cutoff | April 5, 2018 |
| Deadline to conduct settlement conference | April 19, 2018 |
| Deadline to file Dispositive Motion | May 5, 2018 |

[~~PROPOSED~~] ORDER... - 1
Civil Action No. 2:17cv00269-RSL

All other dates as set out in the order dated September 13, 2017, Dkt #20, remain in place.

DATED this 23rd day of January, 2018.

_____
US ~~Magistrate/~~Judge

~~[PROPOSED]~~ ORDER... - 2
Civil Action No. 2:17-cv-00269 RSL